IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-CR-00022-001 LJO |
| Plaintiff, | ) | ORDER OF RELEASE |
| vs. | ) | |
| RENE GAONA, | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced to Time Served on March 4, 2013.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: **March 4, 2013**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

1